UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00116

**Jackie Lee Jones,**
*Plaintiff,*

v.

**Longview City Police,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On March 9, 2020, plaintiff Jackie Lee Jones, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On March 10, 2020, Judge Love instructed plaintiff to file an amended complaint. Doc. 5. Plaintiff failed to do so. On May 4, 2020, Judge Love entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution and failure to obey an order. Doc. 8.

There being no objections, and the court being satisfied that the report contains no clear error, the court **adopts** the report and recommendation as the opinion of the court. Accordingly, the complaint is **dismissed without prejudice** for failure to prosecute and for failure to comply with a court order. All motions not previously ruled on are **denied**. The clerk of court is **directed** to close this case.

*So ordered by the court on June 4, 2020.*

J. CAMPBELL BARKER
United States District Judge